**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00114-CV**

_____

**AURORA RAMIREZ AND JUAN EDUARDO DE LA TORRE, Appellants**

**V.**

**MALAGA HOMES, LLC, Appellee**

**On Appeal from the County Court at Law No. 6**
**Montgomery County, Texas**
**Trial Cause No. 22-32956**

**MEMORANDUM OPINION**

Aurora Ramirez and Juan Eduardo De la Torre, Appellants, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 24, 2024
Opinion Delivered July 25, 2024
Before Golemon, C.J., Wright and Chambers, JJ.

1